# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2018 NOV -1 PM 4: 10

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No: |
| v. | : | JUDGE: 2:18 cr 230 |
| | : | |
| **GRANT D. MICHALSKI** | : | 18 U.S.C. §§ 2252(a)(2) & (b)(1) |
| | : | 18 U.S.C. §§ 2253(a)(1) & (3) |

**INFORMATION**

**THE UNITED STATES CHARGES:**

(Judge Sargus)

**COUNT ONE**

On or about November 10, 2017, in the Southern District of Ohio, the defendant, **GRANT D. MICHALSKI**, knowingly received one or more visual depictions using any means or facility of interstate or foreign commerce, or did so receive visual depictions that had been mailed, shipped or transported in or affecting interstate or foreign commerce, by any means including by computer or the internet, the production of such visual depictions having involved the use of minors engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such depictions being of such conduct.

In violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1).

## FORFEITURE COUNT A

The allegations of Counts One of this Information are hereby incorporated by reference as part of this Count as if fully rewritten herein for purposes of alleging forfeitures to the United States of America pursuant to the provisions of 18 U.S.C. § 2253.

As a result of the offenses alleged in Counts One of this Information and upon conviction thereof, Defendant, **GRANT D. MICHALSKI**, shall forfeit to the United States:

(a) all matter containing said visual depictions or child pornography and child erotica, transported, mailed, shipped and possessed in violation thereof; and,

(b) all property used and intended to be used to commit and to promote the commission of the aforementioned violation, including but not limited to the following:

1. One Apple MacBook Pro laptop computer, serial # W8945CPZ7XJ;
2. One Apple i-Phone X, Model A1865, with an unknown serial numebr.

In violation of 18 U.S.C. §§ 2253(a)(1) and (3).

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY

HEATHER A. HILL (IL 6291633)
Assistant United States Attorney

S. COURTER SHIMEALL (0090514)
Assistant United States Attorney